FILED

11/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

NOV 2 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
DAVID L. TOMENES

O R D E R

David L. Tomenes has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Tomenes' application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Tomenes passed the MPRE in 2016 when seeking admission to the practice of law in Minnesota. Tomenes was admitted to the State Bar of Minnesota in 2016 and was admitted to and remained a member in good standing of the State Bar of Minnesota since 2016. The petition states that David L. Tomenes has been practicing law "ethically and without incident" since 2016. Good cause appearing,

IT IS HEREBY ORDERED that the petition of David L. Tomenes to waive the three-year test requirement for the MPRE for purposes of Tomenes' current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 23rd day of November, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices